

**FILED**

APR 2 4 2019

DAVID CREWS, CLERK
BY_____
Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA,

    **Plaintiff,**

vs.

**DONALD JONES**
 **a/k/a WORM,**
**WILTON JOHNSON**
 **a/k/a BIG BOI,**
**JEREMY SMITH**
 **a/k/a LIL ONE,**
**CARL MCMILLIAN,**
**JAMES VAUGHN**
 **a/k/a SIR FLUTE,**
**JUSTIN HANNAH, and**
**JOE JOHNSON,**

    **Defendants.**

**Criminal No.** 3:19 CR 65

**18 U.S.C. § 2**
**18 U.S.C. § 1959(a)(3)**

## INDICTMENT

THE GRAND JURY CHARGES:

## GENERAL ALLEGATIONS

  1. At all times relevant to this Superseding Indictment, the defendants, DONALD

JONES, WILTON JOHNSON, JEREMY SMITH, CARL MCMILLIAN, JAMES

VAUGHN, JUSTIN HANNAH, JOE JOHNSON, and others known and unknown to the

Grand Jury, were members and associates of the Simon City Royals, a criminal organization

engaged in narcotics distribution, firearms trafficking, and acts of violence involving murder,

attempted murder, and assault. At all relevant times, the Simon City Royals operated in the

Northern District of Mississippi and elsewhere.

## The Racketeering Enterprise

2.     The Simon City Royals, including its leaders, members, and associates, constituted an "enterprise," as defined in Title 18, United States Code, Section 1959(b)(2) (hereinafter "the enterprise"), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce.  The enterprise constituted an ongoing organization whose members and associates, including its prospective members ("prospects"), functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

## Structure and Operation of the Enterprise

3.     The Simon City Royals was a violent criminal gang which began in the Chicago, Illinois area in the late 1950's.  The Simon City Royals were members of the "Folk Nation Alliance", also known as the "Brothers of the Struggle" that consisted of other violent criminal gangs to include the Gangster Disciples. Since that time, the Simon City Royals spread throughout the United States, including the entire State of Mississippi, where they are the third largest gang in the state.

4.     Between 2010 and 2012 the primary "sect" of the Simon City Royals began identifying as "Chapter XIII."  While the other sects of Simon City Royals still exist in Mississippi, "Chapter XIII" was the strongest faction with the largest representation both inside and outside of prison.

5.     Like the Gangster Disciples, the Simon City Royals are composed of both male and female members. Male members often referred to themselves as "Sir" or "Royal Knights" while female members referred to themselves as "Royal Ladies."  While both sexes are represented in membership, only male members of the gang were allowed to hold leadership

roles. Upon joining the Simon City Royals, a member was given a 6-digit number that usually begins with the number 13 and a "Sir Name." These identifiers were used to track membership, standing, and protect your real identity from law enforcement. In addition, each member received a birth certificate.

6.  The Simon City Royals employed a highly structured organization that bestowed upon its members certain titles indicative of the member's role or function within the gang. The Simon City Royals use custom terminology to describe things like meetings, subgroups and members. While some terminology is used both inside and outside of prison, other terms only used for one or the other. For example, for those not in prison, the State is subdivided into the Northern Commission and the Southern Commission, with a "Commissioner" overseeing each. These commissions are then subdivided into regions, typically made up of 2-6 counties, with an "Ambassador" overseeing these regions. For those members who are incarcerated, the division and leadership is typically subdivided at the facility level with the head of a correctional facility for the SCRs being the "Ambassador."

7.  The Simon City Royals have a detailed and uniform organizational structure, which is outlined - along with various rules, procedures, and code of conduct - in a written "constitution" widely distributed to members throughout Mississippi and elsewhere.

8.  The title "Crown Prince" was reserved for the leader of the Simon City Royals. In addition to the rank of "Crown Prince", the Simon City Royals have or used a corporate board style group that collectively made decisions at the State level for the gang, referred to as "Made Men." The "Crown Prince" and "Made Men" were the governing body over activities both inside and outside of the prison system, with the command structure divided between incarcerated members (Prison) and non-incarcerated ("Free World") below them.

The Simon City Royals organization in the "Free World" was primarily overseen by the "Governor" who is a "Made Man." The "State Board" was made up of members of varying ranks who oversee specific "Departments" that relate to the functioning of the gang: "Administration Department", "Department of Defense", "Department of Education", "Department of Business and Revenue", "Prospect Department" "Special Operations Department" and "Events Department". These "Departments" also appeared to exist in lower subdivisions of the gang under the "Commissioners" and "Ambassadors" where members and the gang leaders determine their need to exist. A number of factors determined a member's rank including, the amount of time an individual has been in the gang and the amount of "work," or criminal activity a person commits on behalf of the gang.

9.      The "Department of Defense" acted as the "enforcement" branch of the gang. Historically members of this "Department" have been responsible for carrying out acts of violence against both members and others outside of the organization.

10.     The Simon City Royals organization within the State of Mississippi correctional facilities was primarily overseen by four members of the organization. Correctional facilities are considered "plugged in" when there are enough members of the "Folk Nation", primarily Simon City Royals and Gangster Disciples, to form a hierarchy within the facility. Once a facility was "plugged in" a "Facility Board" was formed that consists (at a minimum) of Gangster Disciples: "21.3", "1.21.3", "IC", "ISC" and Simon City Royals: "Ambassador" and "Ambassador Apprentice." While this board was supposed to act autonomously for the facility, actions were often taken at the direction of ranking officers of both the Simon City Royals and the Gangster Disciples. Members were required to submit

reports daily to the board over each facility that tracks money earned, disciplinary actions, and any violence/security threats that occur.

11.     In addition to the direct chain of command incarcerated Simon City Royals were subdivided into additional "Teams" in order to further their criminal enterprises. These "Teams" had their own rank structure that appears to lack consistency from one to another. These "Teams" consisted of "Intel", "Money", "Tech", and "SOD". The "Money Team" and its members were responsible for collecting debts and managing the money of the organization and its members. The "Money Team" managed this money through a system of electronic ledgers, daily and weekly reporting. The "Tech Team" and its members were responsible for earning money through fraud, extortion, identity theft and other schemes. The "Tech Team" was also involved in dealing with *bitcoin* and the "Deep Web."

12.     Inside and outside the prison system, the Simon City Royals hold regular meetings to coordinate their efforts, and to discuss gang business. During these meetings, members discussed gang rivalries, criminal activity, and collected dues money from members. The enterprise made its money primarily through the sale and distribution of controlled substances, including methamphetamine, cocaine, marijuana, and various prescription pills, the illegal sale of firearms, and the commission of robberies. The Simon City Royals provided these narcotics to members that are incarcerated who distributed the narcotics inside the penal facility. Enterprise members also utilized various social networking internet sites, including Facebook, to sell and distribute controlled substances and firearms. The money goes to a Treasurer or another higher-ranking member who have the discretion to spend the collected money how the gang chooses. At times, the Treasurer or other ranking member uses the pot

of money to purchase additional drugs, firearms, or put the money on the "books" of incarcerated members.

13.    The Simon City Royals indicated their affiliation with the gang by displaying hand gestures (gang signs), obtaining tattoos, and wearing leather vests ("cuts"). Members also proclaimed their affiliation by posting photographs, videos, and messages on various social networking internet sites, including Facebook. The Simon City Royals have their own language that members use to communicate with each other. For example, a "bag and tag" order is an order to physically harm someone.

14.    The Simon City Royals have an ongoing rivalry with the Vice Lords and other People Nation gangs. The Simon City Royals are encouraged by their leadership to exact violence against rival gang members.

15.    The Simon City Royals are involved in numerous crimes including, but not limited to multiple acts involving murder and attempted , assaults, robberies, identity fraud, mail and wire fraud, and the unlawful possession and trafficking of firearms and narcotics. The Simon City Royals use violence as a means of retribution for acts done by rival gang members, to intimidate witnesses, and a way for individual gang members to maintain or advance their position within the gang. Members who disobey orders or rules or who are deemed to have acted contrary to the best interest of the gang are punished. The punishment, referred to as a "violation," consists of a beating and possible removal of the member from the gang.

### Purposes of the Enterprise

16.    The purposes of the enterprise included, but were not limited to, the following:

a.      Enriching the leaders, members, and associates of the enterprise through among other things, the illegal trafficking of controlled substances and firearms.

b.      Preserving and protecting the power, territory, operations, and proceeds of the enterprise through the use of threats, intimidation, violence, and destruction, including, but not limited to, acts of murder, attempted murder, assault with a dangerous weapon, obstruction of justice, and other acts of violence.

c.      Promoting and enhancing the enterprise and its members' and associates' activities.

d.      Keeping victims in fear of the enterprise and in fear of its leaders, members, and associates through threats of violence and actual violence. The leaders, members, and associates of the enterprise undertook all steps necessary to prevent the detection of their criminal activities and sought to prevent and resolve the imposition of any criminal liabilities upon their leaders, members, and associates, by the use of murder, violence, and intimidation directed against witnesses, victims, and others.

e.      Providing support to gang members who were charged with or incarcerated for gang-related activities.

f.      Preserving and protecting the financial proceeds of the enterprise by money laundering funds through prepaid bank, debit and credit cards.

### Means and Methods of the Enterprise

17.      The means and methods by which the members and associates conducted and participated in the affairs of the Simon City Royals criminal enterprise included the following:

a.      The members and associates of the enterprise attended regular meetings where criminal activity was discussed, financial proceeds from criminal activity were

collected including, but not limited to, collection of drug proceeds from subordinate gang members for senior Simon City Royals gang leaders, and disciplinary beatings of fellow Simon City Royals gang members were administered.

b.      To enforce discipline and the rules of the enterprise, members and associates of the enterprise engaged in a system of "violations," in which the defendants and others committed murder, attempted murder, conspired to murder, physically assaulted, and threatened those members and associates of the enterprise who violated rules, questioned authority, or posed a threat to the leaders, members, or purposes of the enterprise.

c.      To generate income, Simon City Royals gang members engaged in illegal activities under the protection of the enterprise, including narcotics trafficking and other illegal activities.

d.      For protection, attacks, and armed combat, Simon City Royals gang members acquired, carried and used firearms and metal objects, like prison shanks.

e.      Members and associates of the enterprise employed and used gang-related terminology, symbols, phrases, and gestures to demonstrate affiliation with the gang.

f.      To perpetuate the enterprise and to maintain and extend their power, members and associates of the enterprise committed and conspired to commit acts including murder, attempted murder, intimidation, and assault against individuals who posed a threat to the enterprise or jeopardized its operations, including rival gang members, Simon City Royals gang members, and witnesses to illegal activities of the enterprise.

g.      Members and associates of the enterprise hid, misrepresented, concealed, and caused to be hidden, misrepresented, and concealed, the objectives of acts

done in furtherance of the "enterprise," and used coded language and other means of communication to avoid detection and apprehension by law enforcement authorities.

h.    To keep secret the activities of the enterprise, participants communicated using codes and hidden messages, and used a network of members/prospects/associates outside of prison to relay messages to incarcerated members and associates. Members also used encrypted peer-to-peer messaging applications on mobile devices that can be remotely deleted.

18.    The above-described enterprise, through its members, prospects and associates, engaged in racketeering activity as defined in Sections 1959(b) (1) and 1961 (1), of Title 18, United States Code, that is, multiple acts involving aggravated assault, in violation of Mississippi Code Annotated, Section 97-3-7, murder and attempted murder in violation of Mississippi Code Annotated, Section 97-3-19, and multiple acts involving narcotics trafficking, in violation of Sections 841(a)(1) (distribution and possession with the intent to distribute a controlled substance) and 846 (conspiracy to distribute and possession with the intent to distribute a controlled substance) of Title 21, United States Code.

## COUNT ONE

The Grand Jury further charges:

19.    The allegations contained in paragraphs one through eighteen are realleged and incorporated as if fully set forth herein.

20.    On or around May 15, 2018, in the Northern District of Mississippi and elsewhere, for the purposes of maintaining and increasing position in the Simon City Royals, an enterprise engaged in racketeering activity, the defendants, WILTON JOHNSON, DONALD JONES, and others known and unknown to the Grand Jury, aiding and abetting

each other, did knowingly assault C.B. with a dangerous weapon, which resulted in serious bodily injury, in violation of Mississippi Code Annotated, Section 97-3-7, and all in violation of 18 U.S.C. §§ 1959(a)(3) and 2.

**COUNT TWO**

The Grand Jury further charges:

21.     The allegations contained in paragraphs one through eighteen are realleged and incorporated as if fully set forth herein.

22.     On or around May 15, 2018, in the Northern District of Mississippi and elsewhere, for the purposes of maintaining and increasing position in the Simon City Royals, an enterprise engaged in racketeering activity, the defendants, JEREMY SMITH, CARL MCMILLIAN, JAMES VAUGHN, JUSTIN HANNAH, JOE JOHNSON, and others known and unknown to the Grand Jury, aiding and abetting each other, did knowingly assault D.R. with a dangerous weapon, which resulted in serious bodily injury, in violation of Mississippi Code Annotated, Section 97-3-7, and all in violation of 18 U.S.C. §§ 1959(a)(3) and 2.

**A TRUE BILL**

**WILLIAM C. LAMAR**
**UNITED STATES ATTORNEY**

/s/ Signature Redacted
**FOREPERSON**