RECEIVED
APR 2 4 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD JONES
    a/k/a WORM,
WILTON JOHNSON
    a/k/a BIG BOI,
JEREMY SMITH
    a/k/a LIL ONE,
CARL MCMILLIAN,
JAMES VAUGHN
    a/k/a SIR FLUTE,
JUSTIN HANNAH, and
JOE JOHNSON,

    Defendants.

Criminal No. 3:19-cr-65

18 U.S.C. § 2
18 U.S.C. § 1959(a)(3)

## PENALTIES

### Counts One & Two

| | |
|---|---|
| NMT twenty years imprisonment | 18 U.S.C. § 1959 |
| NMT $250,000 fine | 18 U.S.C. § 3571(b)(3) |
| NMT 3 years supervised release | 18 U.S.C. § 3583 |
| $100 Special Assessment | 18 U.S.C. § 3013 (a)(2)(A) |