**CRIMINAL CASE COVER SHEET**                     **U.S. DISTRICT COURT**
                                                    Complete entire form

**Place of Offense:**          **Related Case Information:**

City <u>Oxford</u>            Superseding Indictment _____ Case Number _____

County <u>Lafayette</u>       Same Defendant _____ New Defendant _____

**RECEIVED**                  Magistrate Judge Case Number _____

**APR 2 4 2019**              Search Warrant Case Number _____

UNITED STATES DISTRICT COURT   R20/R40 from District of _____
NORTHERN DISTRICT OF MISSISSIPPI

**Defendant Information:**     Related Criminal Case Number _____

Juvenile:    ☐ Yes    ☑ No        If yes, Matter to be sealed:   ☐ Yes    ☐ No

Defendant Name <u>Donald Jones</u>

Alias Name <u>Worm; Donald Wayne Jones, Jr.</u>

Address <u>Meridian, MS</u>

DOB <u>1985</u>   SS# <u>***-**-5462</u>  Sex <u>M</u>   Race <u>W</u>   Nationality _____

Represented by: _____

Interpreter: ☐ Yes   ☐ No      List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts _____ 1 _____     ☐ Petty    ☐ Misdemeanor    ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 <u>18.1959A.F</u> | Violent crimes in aid of racketeering aggravated or felony | 1 |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

**U.S. Attorney Information:**   AUSA <u>Samuel R. Stringfellow</u>     Bar # <u>105587</u>

Date: <u>4/24/19</u>      Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)              <u>3:19 CR 65</u>