**CRIMINAL CASE COVER SHEET**  U.S. DISTRICT COURT
Complete entire form

**Place of Offense:**

City Oxford

County Lafayette

**Related Case Information:**

Superseding Indictment _____ Case Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

RECEIVED APR 2 4 2019 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

**Defendant Information:**

Juvenile: ☐ Yes ☑ No     If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name Wilton Johnson

Alias Name Big Boi

Address _____

DOB 1989   SS# \*\*\*-\*\*-2846   Sex M   Race B   Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☐ No     List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts   1     ☐ Petty   ☐ Misdemeanor   ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18.1959A.F | Violent crimes in aid of racketeering aggravated or felony | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:**   AUSA Samuel R. Stringfellow   Bar # 105587

Date: 4/24/19   Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)   3:19 CR 65