**CRIMINAL CASE COVER SHEET** — **U.S. DISTRICT COURT**

Complete entire form

**Place of Offense:**

City Oxford

County Lafayette

RECEIVED
APR 24 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information:**

Superseding Indictment _____ Case Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R20/R40 from District of _____
Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes ☑ No     If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name Jeremy Smith

Alias Name Jeremy Tyler Smith

Address Pascagoula, MS

DOB 1991   SS# ***-**-5419   Sex M   Race W   Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☐ No   List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts 1   ☐ Petty   ☐ Misdemeanor   ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18.1959A.F | Violent crimes in aid of racketeering aggravated or felony | 2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:** AUSA Samuel R. Stringfellow   Bar # 105587

Date: 4/24/19   Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)   3:19 CR 65