**CRIMINAL CASE COVER SHEET**           **U.S. DISTRICT COURT**

Complete entire form

**Place of Offense:**

City **Oxford**

County **Lafayette**

RECEIVED APR 24 2019 UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information:**

Superseding Indictment _____ Case Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes ☑ No     If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name **Carl McMillian**

Alias Name **Carl Anthony McMillian**

Address **Meridian, MS**

DOB **1974** SS# **\*\*\*-\*\*-5021** Sex **M** Race **B** Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☐ No     List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts **1**     ☐ Petty    ☐ Misdemeanor    ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 **18.1959A.F** | Violent crimes in aid of racketeering aggravated or felony | **2** |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:**    AUSA **Samuel R. Stringfellow**    Bar # **105587**

Date: **4/24/19**     Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)     **3:19CR65**