| | |
|---|---|
| **CRIMINAL CASE COVER SHEET** | **U.S. DISTRICT COURT** |
| | Complete entire form |

**Place of Offense:**

City Oxford

County Lafayette

RECEIVED
APR 2 4 2019
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

**Related Case Information:**

Superseding Indictment _____ Case Number _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R20/R40 from District of _____

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes ☒ No     If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name Justin Hannah

Alias Name _____

Address Corinth, MS

DOB 1985  SS# ***-**-6013  Sex M  Race B  Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☒ No     List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts  1     ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 18.1959A.F | Violent crimes in aid of racketeering aggravated or felony | 2 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

**U.S. Attorney Information:** AUSA Samuel R. Stringfellow     Bar # 105587

Date: 4/24/19     Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)     3:19 CR 65