**CRIMINAL CASE COVER SHEET**                **U.S. DISTRICT COURT**

Complete entire form

**Place of Offense:**        **Related Case Information:**

City <u>Oxford</u>      Superseding Indictment _____ Case Number _____

County <u>Lafayette</u>     Same Defendant _____ New Defendant _____

**RECEIVED**      Magistrate Judge Case Number _____

**APR 2 4 2019**      Search Warrant Case Number _____

UNITED STATES DISTRICT COURT      R20/R40 from District of _____
NORTHERN DISTRICT OF MISSISSIPPI

Related Criminal Case Number _____

**Defendant Information:**

Juvenile: ☐ Yes   ☑ No      If yes, Matter to be sealed: ☐ Yes ☐ No

Defendant Name <u>Joe Johnson</u>

Alias Name <u>Joe Johnson, Jr.</u>

Address <u>Jackson, MS</u>

DOB <u>1982</u> SS# <u>***-**8686</u> Sex <u>M</u> Race <u>B</u> Nationality _____

Represented by: _____

Interpreter: ☐ Yes ☐ No     List Language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ (Date) in _____ (Location)
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts <u>1</u>      ☐ Petty   ☐ Misdemeanor   ☑ Felony

| Title & Section | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 <u>18.1959A.F</u> | Violent crimes in aid of racketeering aggravated or felony | 2 |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

**U.S. Attorney Information:**    AUSA <u>Samuel R. Stringfellow</u>    Bar # <u>105587</u>

Date: <u>4/24/19</u>      Signature of AUSA _____

**District Court Case Number:**
(To be entered by Clerk)      <u>3:19 CR65</u>