# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

### CRIMINAL MINUTES

**CASE NO: 3:19-CR-65-DMB-RP-5**  **LOCATION HELD: OXFORD**
                                                                                          **COURTROOM 2**

**UNITED STATES OF AMERICA   V   JAMES VAUGHN**

**DATE & TIME BEGUN:**        5/20/2019              @        2:29   p.m.

**DATE & TIME ENDED:**        5/20/2019              @        2:35   p.m.

                                                   **TOTAL TIME:**        6        min

**PRESENT:**
                    **HONORABLE DAVID A. SANDERS, U. S. MAGISTRATE JUDGE**

Jennifer L. Frantz                                                          Digital Recording
Courtroom Deputy                                                       Court Reporter

**ATTORNEY(S) FOR GOVERNMENT:**           **ATTORNEY(S) FOR DEFENDANT**:

        Sam Stringfellow

**PROCEEDINGS: Initial Appearance**

**ENTRY TO BE MADE ON DOCKET:**
Proceedings held.    Defendant appeared on a Writ.   Court appointed Federal Public Defender as counsel for defendant. Arraignment set for Thursday, May 23, 2019, at 2:00 p.m. in Oxford Courtroom 2, before Judge Sanders.   Defendant remanded to the custody of the U.S. Marshals pending future proceedings.

                                                                **DAVID CREWS, CLERK**

                                                                /s/ Jennifer L. Frantz
                                                                    Courtroom Deputy